**Order entered September 17, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00180-CV**

**CHARLOTTE FORST, Appellant**

**V.**

**AVA NEAL D/B/A TEXAS TREASURES ESTATE SALES, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02511-2018**

**ORDER**

We **REINSTATE** the appeal.

By order dated September 9, 2020, we ordered the trial court to make findings of fact and conclusions of law. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed on September 16, 2020.

Appellant shall file her brief on the merits on or before **October 16, 2020**.

/s/    BILL WHITEHILL
JUSTICE